No. 247. REID *v.* UNITED STATES. November 8, 1943.

No. 268. BENNETT *v.* DEGEETER. November 8, 1943.

No. 277. SPRUILL *v.* NEWBY, CHAIRMAN. November 8, 1943.

No. 281. THOMSON ET AL. *v.* BUTLER ET AL. November 8, 1943.

No. 294. PAYNE *v.* KIRCHWEHM. November 8, 1943.

No. 313. GREEN ET AL. *v.* CITY OF STUART. November 8, 1943.

No. 100. DOSS *v.* ILLINOIS. November 15, 1943.

No. 124. ROYER, ADMINISTRATRIX, *v.* GREINER. November 15, 1943.

No. 201. TROJAN POWDER CO. *v.* NATIONAL LABOR RELATIONS BOARD. November 15, 1943.

No. 220. GORMLY *v.* UNITED STATES. November 15, 1943.

No. 238. NORRIS ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. November 15, 1943.

No. 330. G. T. FOGLE & CO. *v.* UNITED STATES. November 15, 1943.

No. 295. DEMARCOS *v.* OVERHOLSER, SUPERINTENDENT. November 22, 1943.